**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jan 7 - 2026
John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**WENDY S. MULQUEEN and BRIAN G. MULQUEEN,**
Plaintiffs,

v.

**HERKIMER COUNTY, MICHELLE CODDINGTON, and ASHLEY DIFILIPPO,**
Defendants.

Case No. **6:22-cv-01301-BKS-MJK**

---

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that upon the annexed **Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment**, **Plaintiffs' Rule 56.1 Statement of Undisputed Material Facts**, the **Declarations of Wendy S. Mulqueen and Brian G. Mulqueen**, the accompanying **exhibits**, and all prior pleadings and proceedings in this action, Plaintiffs **Wendy S. Mulqueen** and **Brian G. Mulqueen**, proceeding **pro se**, hereby move this Court, pursuant to **Rule 56 of the Federal Rules of Civil Procedure**, for an **Order granting summary judgment** in their favor.

Plaintiffs seek summary judgment on their claims under **42 U.S.C. § 1983**, including violations of their rights under the **Fourteenth Amendment**, and seek municipal liability against Herkimer County pursuant to **Monell v. Department of Social Services**, 436 U.S. 658 (1978).

Plaintiffs respectfully request that the Court **grant summary judgment as to liability** and determine **compensatory and punitive damages** based on the existing evidentiary record, **or after such further proceedings as the Court deems appropriate**.

This motion is submitted **without oral argument** unless otherwise directed by the Court.

Dated: **January 7, 2026**
Dolgeville, New York

Respectfully submitted,

/s/ **Wendy S. Mulqueen**
Wendy S. Mulqueen, Pro Se

/s/ **Brian G. Mulqueen**
Brian G. Mulqueen, Pro Se